377 A.2d 986

Commonwealth, Appellant, v. Judge.

Commonwealth, Appellant, v. Salerno.

Argued June 21, 1977. Eric B. Henson, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellant; Burton A. Rose, with him A. Charles Peruto, for appellees.

Orders affirmed.